ELSIE RAPPAPORT, Respondent, *v.* PHIL GOTTLIEB-SATTLER, INC., et al., Appellants, et al., Defendants.

PHIL GOTTLIEB-SATTLER, INC., Defendant and Third-Party Plaintiff, *v.* SIDNEY KISSIN et al., Copartners Doing Business under the Name of KISSIN BROS. PARCEL SERVICE, Third-Party Defendant.

Argued January 12, 1953; decided March 6, 1953.

*Paul D. Compton* and *Norman S. Rein* for appellants.

*Emmet L. Holbrook* and *Joseph Haskell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.